AO 91 (Rev. 11/11)   Criminal Complaint (modified by USAO for telephone or other reliable electronic means)

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Shaheed Deshawn RUSSELL | ) | Case No. 2:25-mj-537 |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of September 23, 2025 in the county of Franklin in the Southern District of Ohio, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Knowingly Possess a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:

SEE ATTACHED

☑ Continued on the attached sheet.

EMANUEL WOODS (Affiliate)
Digitally signed by EMANUEL WOODS (Affiliate)
Date: 2025.09.25 09:29:55 -04'00'

*Complainant's signature*

E. Woods ATF TFO

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/25/2025

Chelsey M. Vascura
United States Magistrate Judge

*Judge's signature*

City and state: Columbus Ohio

US Magistrate Judge

*Printed name and title*