**PROBABLE CAUSE AFFIDAVIT**
**Shaheed Deshawn RUSSELL**

I, Emanuel Woods, being duly sworn, depose and state that:

1. I have been an Officer with the Columbus Division of Police (CPD) since 2012. I have been assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) since 2021. As a result of my training and experience, I am familiar with state and federal laws pertaining to firearms and narcotics violations, among other offenses.

2. This affidavit is being submitted in support of an application for a criminal complaint against Shaheed Deshawn RUSSELL (hereinafter referred to as RUSSELL) for, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessing a firearm, and the firearm was in and affecting interstate commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

3. The facts set forth within this affidavit come from the Affiant's own personal involvement with the investigation, as well as information provided by other law enforcement officers and reports. The information outlined below does not contain all details or all facts of which I am aware relate to this investigation but rather is provided for the limited purpose of establishing probable cause that RUSSELL committed this offense.

4. On September 21st, 2025, at approximately 2:43 a.m., CPD patrol Officers were dispatched to the area of North High Street and East 4th avenue on a report of a verbal altercation that turned physical. As Officers arrived, multiple gunshots were heard, and the crowd ran in different directions. A victim, later identified as J'Vontia CASSELL, was found with apparent gunshot wounds and was transported to Grant hospital where he was pronounced deceased at 5:01 a.m.

5. During the investigation, detectives recovered video from multiple platforms and locations. In these videos they were able to see a fight start between two groups of males and the subsequent shooting. Putting video together from several camera angles, the shooting suspect along with two (2) other males was clearly seen getting out of a maroon 2015 Chevy Equinox that parked in the immediate area shortly before the incident.

6. CPD Detectives reviewed FLOCK cameras in an attempt to identify the Chevy Equinox. A FLOCK camera at E. 5th avenue and Summit Street captures the vehicle bearing Ohio tag KHX-9170 just prior to the shooting. The vehicle was registered to Shardae RUSSELL who lives at 4845 Bradington Court. A search of other occupants in that residence showed RUSSELL living there as well. RUSSELL matched the description and appearance of the male seen on video driving the Chevy Equinox the night of the shooting.

7. The surveillance video shows RUSSELL arriving and getting out of the vehicle wearing a distinctive red and black shirt. After the shooting, RUSSELL is observed running down the street and appears to have a firearm in his hand, though he was not seen firing it. Surveillance

**PROBABLE CAUSE AFFIDAVIT**
**Shaheed Deshawn RUSSELL**

video shows RUSSELL running back to the Chevy and waiting for the shooter to arrive. The shooter gets into the front passenger seat, and the vehicle departs from the area.

8. On September 23, 2025, at approximately 12:05 p.m., CPD plain clothes detectives conducted surveillance on 4845 Bradington Court to locate the Chevy Equinox that was used during the homicide on September 21st, 2025.

9. At approximately 2:30 p.m., Officers observed RUSSELL exit the front of the residence and enter a vehicle that was parked in the driveway. The vehicle appeared to be a Chrysler four (4) door sedan that was black in color. Per the Ohio Law Enforcement Gateway (OHLEG), it showed that RUSSELL is the registered owner of a black 2006 Chrysler 300 bearing Ohio tag KOP-7068.

10. RUSSELL sat in the black Chrysler 300 until approximately 5:06 p.m., when he exited and went back inside the residence. At approximately 5:20 p.m., RUSSELL came back outside and sat in the driver seat of the Chrysler 300. Officers observed RUSSELL leave on foot for a short period of time and then return to the driver seat of the vehicle until approximately 6:09 p.m. RUSSELL was observed going back inside the residence. Detectives did not observe anyone else entering or exiting the aforementioned vehicle while conducting surveillance on RUSSELL.

11. At approximately 7:22 p.m., CPD SWAT executed a search at 4845 Bradington Court. RUSSELL was taken into custody without incident. During the execution of the warrant, Crime Scene Search Unit (CSSU) looked in the Chrysler 300 and observed a clear bag with gun magazines in plain view. It was believed that there could possibly be a firearm inside the vehicle RUSSELL was observed sitting in. A second state search warrant asking for curtilage to include the Chrysler 300 was obtained.

12. During a search of the vehicle, CSSU Detectives removed a Glock 19x .9 millimeter chambered with one live round and seventeen (17) live rounds seated in the magazine from underneath the driver seat of the vehicle. Additional live ammunition and gun magazines were found inside the vehicle.

13. RUSSELL was later taken to CPD Headquarters to be interviewed. RUSSELL was read his Constitutional Rights and agreed to speak with detectives. RUSSELL admitted to being at the scene of the shooting and hearing gunshots. RUSSELL refused to answer any more questions and requested counsel. RUSSELL was later released pending the investigation.

14. RUSSELL is prohibited from possession of a firearm based upon having been previously convicted of the following crime punishable by a term of imprisonment exceeding one year:

    a. Franklin County Ohio Court of Common Pleas case number 20 CR 1100 for Attempted Burglary, a Felony of the 3rd degree.
    b. Franklin County Ohio Court of Common Pleas case number 20 CR 38 for Carrying a Concealed Weapon, a Felony of the 4th degree.

**PROBABLE CAUSE AFFIDAVIT**
**Shaheed Deshawn RUSSELL**

   c. United States District Court, Southern District of Ohio, Eastern Division case number 2:21-cr-169, for Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a).
   d. United States District Court, Southern District of Ohio, Eastern Division case number 2:23-cr-129. in violation of 18 U.S.C. §§ 922(g)(1) and 924(a).

15. Your Affiant confirmed via ATF resources that the aforementioned firearm recovered from RUSSELL's vehicle on or about September 23, 2025, was not manufactured in the State of Ohio and therefore had previously traveled in interstate commerce to reach the State of Ohio.

16. The aforementioned offenses occurred in Franklin County, Ohio, in the Southern Judicial District of Ohio.

17. Based on this information, your affiant believes probable cause exists that RUSSELL, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Glock 19x, 9 milli-meter, and the firearm was in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

EMANUEL WOODS (Affiliate)
Digitally signed by EMANUEL WOODS (Affiliate)
Date: 2025.09.25 09:30:37 -04'00'

_____
ATF TFO Emanuel Woods

Sworn to and subscribed before me this day of __September 25, 2025__, in _____ Columbus, Ohio.

_____
**Chelsey M. Vascura**
**U.S. MAGISTRATE JUDGE**